58 A.3d 1177

IN THE MATTER OF THE INTER VIVOS TRUST, JOSEPH BRANDES, GRANTOR (SEPTEMBER 12, 1993).

IN THE MATTER OF THE INTER VIVOS TRUST, DOROTHY SINGER, GRANTOR (DECEMBER 23, 1999).

STEVEN SINGER, PETITIONER.

June 8, 2012.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division to address the fee issue on the merits in a written opinion.

58 A.3d 1177

ROBIN KENNY, PLAINTIFF–PETITIONER, v. ANNE MILGRAM, ATTORNEY GENERAL OF NEW JERSEY, ET AL., DEFENDANTS–RESPONDENTS.

June 21, 2012.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division for a substantive review of the issues raised by plaintiff and a statement of reasons for its disposition. Jurisdiction is not retained.